IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RODNEY A. CHANEY,

    Petitioner,

v.                                                                                  CASE NO. 1:11-cv-175-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

    Petitioner, an inmate in state custody proceeding *pro se*, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (Doc. 1.)  Petitioner did not, however, file a motion for leave to proceed *in forma pauperis* or pay the filing fee. Review of Petitioner's petition therefore will be deferred until the $5.00 filing fee is paid or an application for leave to proceed *in forma pauperis* is submitted.

    Accordingly, it is **ORDERED:**

    1.   The Clerk of Court shall forward to Petitioner an application for leave to proceed *in forma pauperis*.

    2.   Petitioner shall have until **September 16, 2011** to either file an application for leave to proceed *in forma pauperis* or pay the $5.00 filing fee.

    3.   **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court**.

    **DONE AND ORDERED** this 29th day of August, 2011.

                                         *s/ Gary R. Jones*
                                         GARY R. JONES
                                         United States Magistrate Judge