IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RODNEY A. CHANEY,

    Petitioner,

v.                                             CASE NO. 1:11-cv-175-SPM-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

Petitioner, an inmate in state custody proceeding *pro se*, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (Doc. 1.)  Petitioner also filed a Motion For New Trial requesting the Court to grant him a new trial for the reasons alleged in his Petition.  (Doc. 4.)  The Court will review the Petition, Respondent's response (or other motion) to the Petition and any reply by Petitioner, if applicable, and then will make appropriate disposition of the Petition or motion. As such, Petitioner did not need to file a separate Motion For New Trial.

Accordingly, upon due consideration, it is **ORDERED:**

Petitioner's Motion For New Trial (Doc. 4) is **DENIED**.

**DONE AND ORDERED** this 13th day of September, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge