IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RODNEY A. CHANEY,

    Petitioner,

v.                                       CASE NO. 1:11-cv-175-SPM-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

This case is before the Court on Doc. 10, Respondent's first motion for an extension of time to respond to the Petition. Upon due consideration, the motion is **GRANTED**. Accordingly, it is hereby **ORDERED** that:

1. Respondent shall file the response **on or before January 12, 2012**.

2. Petitioner shall have until **February 13, 2012,** to file a reply, if any.

**DONE AND ORDERED** this 13th day of December, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge