IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RODNEY A. CHANEY,

    Petitioner,

v.  CASE NO. 1:11-cv-175-SPM-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This case is before the Court on Doc. 12, Respondent's second motion for an enlargement of time to respond to the Petition. Upon due consideration, the motion is **GRANTED**. Accordingly, it is **ORDERED** that:

1. Respondent shall file its response **on or before February 13, 2012**.

2. Petitioner shall have until **March 14, 2012,** to file a reply, if he chooses to do so.

**DONE AND ORDERED** this 12th day of January, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge